MIEKE K. MALMBERG [SBN 209992]
mmalmberg@skiermontderby.com
HAJIR ARDEBILI [SBN 224624]
hardebili@skiermontderby.com
JOHN J. O'KANE IV [SBN 268632]
jokane@skiermontderby.com
SKIERMONT DERBY LLP
633 West Fifth Street, Suite 5800
Los Angeles, California 90071
Telephone:   (213) 788-4500
Facsimile:    (213) 788-4545

Jeffrey A. Kobulnick, State Bar No. 228299
jkobulnick@lewitthackman.com
Matthew J. Soroky, State Bar No. 258230
msoroky@lewitthackman.com
Heidy A. Nurinda, State Bar No. 333188
hnurinda@lewitthackman.com
LEWITT, HACKMAN, SHAPIRO, MARSHALL & HARLAN
16633 Ventura Boulevard, 11th Floor
Encino, California 91436-1865
Telephone: (818) 990-2120
Facsimile: (818) 981-4764

Attorneys for Plaintiff
NEWMARK MERRILL COMPANIES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWMARK MERRILL COMPANIES, INC., a California corporation,<br><br>            Plaintiff,<br><br>v.<br><br>NEWMARK & COMPANY REAL ESTATE, INC., a New York corporation; NEWMARK GROUP, INC., a New York corporation; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 2:23-cv-02370-HDV-E<br>[Honorable Hernan D. Vera]<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION FOR LIMITED STAY OF PROCEEDINGS TO BE FOLLOWED BY DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>[*Filed Concurrently with (Proposed) Order*] |

NOTICE OF SETTLEMENT AND JOINT STIPULATION FOR LIMITED STAY OF PROCEEDINGS

Plaintiff NewMark Merril Companies, Inc. ("Plaintiff") and Defendants Newmark & Company Real Estate, Inc. and Newmark Group, Inc. (together, "Defendants," and with Plaintiff, the "Parties") are pleased to report to the Court that, on March 3, 2025, the Parties reached a settlement agreement in principle that will result in the full resolution of their dispute and the dismissal of this entire action, with prejudice.

While a settlement has been reached, this is a breach of contract and trademark infringement case involving businesses operating across multiple states. The Parties have agreed to a framework for and draft of a new Co-Existence Agreement (to supersede and replace that which is the subject of this lawsuit) and are in the process of drawing up a separate Settlement Agreement along with multiple exhibits and schedules necessary to accomplish a full and complete resolution of this matter. Upon the execution of the new Co-Existence Agreement and separate written settlement agreement, the Parties will file a request for dismissal with prejudice, which will include a request that the Court retain jurisdiction to interpret and enforce the settlement. However, given the number of parties involved and attendant documents that need to be prepared, the Parties anticipate that it may take up to fourteen (14) days to complete and execute those agreements.

The Parties have met and conferred and agree that, in the interest of saving their and the Court's resources, their efforts are best spent on concluding the settlement, rather than simultaneously litigating the matter despite the impending fact discovery cut-off (March 13, 2025) and initial expert disclosure deadline (March 20, 2025), among other pretrial dates, particularly because the impending deadlines would require significant written discovery work and further document productions; proceeding with the more than half-dozen depositions currently scheduled to take place between now and the conclusion of the fact discovery cut-off would require cross-country travel and preparation of witnesses; and expert work slated to occur between now and March 20, 2025 would require the Parties to incur substantial costs that they fully expect will be

unnecessary in light of the settlement. Accordingly, the Parties agree that a brief stay of the proceedings pending execution of the settlement agreement is appropriate under the circumstances.

Accordingly, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

1. All proceedings be stayed at this time, including all deadlines set forth in the operative Scheduling Order dated December 26, 2024 (Dkt. 100) until March 17, 2025.

2. On or before March 17, 2025, the Parties will file either (i) a joint stipulation for dismissal of the action, with prejudice; or (ii) a joint status report and stipulation for further limited modification of the scheduling order that seeks the Court's approval of an extension of the current deadlines by approximately thirty (30) days.

**IT IS SO STIPULATED.**

DATED: March 3, 2025

COOLEY LLP

By: */s/ Bobby Ghajar*
    Bobby Ghajar
    Rebecca Givner-Forbes
    Colette Ghazarian

CANTOR FITZGERALD SECURITIES
    Nirav Shah
    Gaurav Reddy
    Matt Dexter
    Mitchell Nobel

Attorneys for Defendants
NEWMARK & COMPANY REAL ESTATE, INC. and NEWMARK GROUP, INC.

DATED: March 3, 2025

SKIERMONT DERBY LLP
    MIEKE K. MALMBERG
    HAJIR ARDEBILI
    JOHN J. O'KANE IV

By: *John J. O'Kane IV*
    JOHN J. O'KANE IV

Attorneys for Plaintiff and Counter-Defendant, NEWMARK MERRILL, INC.

## **ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

Pursuant to L.R. 5-4.3.4, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

        SKIERMONT DERBY LLP
        MIEKE K. MALMBERG
        HAJIR ARDEBILI
        JOHN J. O'KANE IV

By: *[signature]*
    JOHN J. O'KANE IV

Attorneys for Plaintiff and Counter-Defendant, NEWMARK MERRILL, INC.

| | |
|---|---|
| **Case Name:** | ***NewMark Merrill Companies, Inc. v. Newmark & Company Real Estate, Inc., et al.*** |
| **Case No.:** | **2:23-cv-02370-HDV-E** |

## CERTIFICATE OF SERVICE

**U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 633 West Fifth Street, Suite 5800, Los Angeles, California 90071.

On March 3, 2025, I served the foregoing document titled **NOTICE OF SETTLEMENT AND JOINT STIPULATION FOR LIMITED STAY OF PROCEEDINGS.** on all interested parties to this action as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

☒ **(ELECTRONIC SERVICE BY E-MAIL)** I caused the documents to be sent to the persons at the email addresses listed on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 3, 2025, at Los Angeles, California.

_____
Z'Aujanae T. Ponton

**Case Name:** *NewMark Merrill Companies, Inc. v. Newmark & Company Real Estate, Inc., et al.*
**Case No.:** **2:23-cv-02370-HDV-E**

## SERVICE LIST

| | |
|---|---|
| Bobby A. Ghajar<br>Colette A. Ghazarian<br>COOLEY LLP<br>1333 2nd Street, Suite 400<br>Santa Monica, California 90401<br>Email: bghajar@cooley.com<br>Email: cghazarian@cooley.com<br>Email: jerry.gonzalez@cooley.com<br>Email: jalvarezlopez@cooley.com<br><br>Rebecca K. Givner-Forbes<br>COOLEY LLP<br>1299 Pennsylvania Avenue N.W.<br>Washington, DC 20004<br>Email: rgf@cooley.com | *Counsel for Defendants/Cross-Complainants Newmark & Company Real Estate, Inc. and Newmark Group, Inc.* |
| Matthew F. Dexter<br>Mitchell D. Nobel<br>Nirav S. Shah<br>CANTOR FITZGERALD<br>110 East 59th Street, 7th Floor<br>New York, New York 10022<br>Email: Matthew.Dexter@cantor.com<br>Email: mitchell.nobel@cantor.com<br>Email: nirav.shah@cantor.com<br><br>Gaurav K. Reddy<br>CANTOR FITZGERALD<br>18401 Von Karman Avenue, Unit 150<br>Irvine, California 92612<br>Email: gaurav.reddy@cantor.com | *Counsel for Defendants/Cross-Complainants Newmark & Company Real Estate, Inc. and Newmark Group, Inc.* |
| Jeffrey A. Kobulnick<br>Matthew J. Soroky<br>Heidy A. Nurinda<br>LEWITT, HACKMAN, SHAPIRO, MARSHALL & HARLAN<br>16633 Ventura Boulevard, 11th Floor<br>Encino, California 91436<br>Email: jkobulnick@lewitthackman.com<br>Email: msoroky@lewitthackman.com<br>Email: hnurinda@lewitthackman.com | *Counsel for Plaintiff/Cross-Defendant NewMark Merrill Companies, Inc.* |