JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWMARK MERRILL COMPANIES, INC., a California corporation,<br><br>  Plaintiff,<br><br>v.<br><br>NEWMARK & COMPANY REAL ESTATE, INC., a New York corporation; NEWMARK GROUP, INC., a New York corporation; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 2:23-cv-02370-HDV-E<br>[Honorable Hernan D. Vera]<br><br>[PROPOSED] ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

The Court, having received and reviewed the Joint Stipulation for Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41 filed by Plaintiff and Counter-Defendant NewMark Merrill Companies, Inc. ("Plaintiff") and Defendants and Counterclaimants Newmark & Company Real Estate, Inc. and Newmark Group, Inc. (collectively, "Defendants," and with Plaintiff, "Parties"), hereby ORDERS that:

1. The Stipulation is GRANTED. This action is DISMISSED in its entirety, with prejudice, as to all of Plaintiff's and Defendants' claims, counterclaims, actions, and causes of action asserted in this matter, with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: 03/11/25

_____
Honorable Hernan D. Vera
United States District Court Judge